UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
AUG 27 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| R.L. BROOKS, Jr.,             ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | |
| v.                            ) | Civil Action No. 21-2235 (UNA) |
|                               ) | |
| U.S. DEPARTMENT OF JUSTICE,   ) | |
|                               ) | |
|     Defendant.                ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis*, *pro se* complaint, and motions. For the reasons discussed below, the Court grants the application, dismisses the complaint, and denies the motions as moot.

What begins as a complaint pertaining to plaintiff's application to the Metropolitan Police Department for a parade permit jumps from topic to topic, to include criminal proceedings against him, assaults and physical injuries sustained while incarcerated, kidnapping, and the arrest of his brother, among others.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that

1

they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  There are not sufficient facts alleged to state a viable legal claim, and certainly too few facts to show an entitlement to an award of $10,000.  Therefore, the Court will grant the application to proceed *in forma pauperis*, deny plaintiff's motions, and dismiss the complaint without prejudice.   An Order consistent with this Memorandum Opinion is issued separately.

/s/
EMMET G. SULLIVAN
United States District Judge

DATE: August 27, 2021